# EXHIBIT B

SUPREME OF THE STATE OF NEW YORK  COUNTY OF BRONX

GPS and Timestamp: 40.70684585892135, -74.00684180569 1637595855880

**Plaintiff / Petitioner:**
MARIE DELUCA ET AL

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
811952/2021E

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Mon, Nov 22 2021 AT 10:44 AM AT ONE POLICE PLAZA, NEW YORK, NY 10038 deponent served the within summons and verified complaint and notice of commencement by electronic filing on NYPD CHIEF OF DEPARTMENT TERRENCE MONAHAN

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Police officer Tanchajja a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, ONE POLICE PLAZA, NEW YORK, NY 10038, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Mon, Nov 22 2021 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40   Ethnicity: Asian American   Gender: Male   Weight: 170
Height: 5'7"   Hair: Black   Eyes: Brown   Relationship: Co worker
Other

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 22nd day November 2021

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

1 of 9

SUPREME OF THE STATE OF NEW YORK                                        COUNTY OF BRONX

GPS and Timestamp: 40.707409567140175, -74.00714561834775 1637595660999

| Plaintiff / Petitioner: | AFFIDAVIT OF SERVICE |
|---|---|
| MARIE DELUCA ET AL | Index No: |
| Defendant / Respondent: | 811952/2021E |
| THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau.   That on Mon, Nov 22 2021 AT 10:41 AM AT ONE POLICE PLAZA, NEW YORK, NY 10038 deponent served the within summons and verified complaint and notice of commencement by electronic filing on NYPD POLICE SERGEANT KENNETH RICE

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Police officer Tanchajja a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, ONE POLICE PLAZA, NEW YORK, NY 10038, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Mon, Nov 22 2021 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| Age: 40 | Ethnicity: Asian American | Gender: Male | Weight: 180 |
|---|---|---|---|
| Height: 5'7" | Hair: Black | Eyes: Brown | Relationship: Co worker |
| Other | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 22nd day of November, 2021

_____                    _____
Mitchell Raider                               Notary Public
1450036

JANET [illegible]
NOTARY PUBLIC NEW YORK
No. [illegible] 2
Qualifi[ed] [illegible] ounty
My Commis[sion] 05-02-2024

SUPREME OF THE STATE OF NEW YORK                                                                    COUNTY OF BRONX

GPS and Timestamp: 40.76002994231068, -73.99698530264871 1637590793193

| | |
|---|---|
| **Plaintiff / Petitioner:** <br> MARIE DELUCA ET AL <br> **Defendant / Respondent:** <br> THE CITY OF NEW YORK ET AL | **AFFIDAVIT OF SERVICE** <br> Index No: <br> 811952/2021E |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Mon, Nov 22 2021 AT 09:20 AM AT 524 WEST 42ND STREET SRG1, NEW YORK, NY 10036 deponent served the within summons and verified complaint and notice of commencement by electronic filing on NYPD OFFICER JOSEPH DECK

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Lieutenant Lam a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

☒ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 524 WEST 42ND STREET SRG1, NEW YORK, NY 10036, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Mon, Nov 22 2021 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| | | | | |
|---|---|---|---|---|
| Age: 40 | Ethnicity: Asian American | Gender: Male | | Weight: 180 |
| Height: 5'6" | Hair: Bald | Eyes: Black | | Relationship: Co worker |
| Other | | | | |

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 22nd day of November 2021

_____                                    _____
Mitchell Raider                                            Notary Public
1450036

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

SUPREME OF THE STATE OF NEW YORK　　　　　　　　　　　　　　　　　　　　　　　　COUNTY OF BRONX

GPS and Timestamp: 40.760102136428216, -73.99704750930731 1637590741192

| | |
|---|---|
| **Plaintiff / Petitioner:** MARIE DELUCA ET AL | **AFFIDAVIT OF SERVICE** |
| **Defendant / Respondent:** THE CITY OF NEW YORK ET AL | **Index No:** 811952/2021E |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at <u>County of Nassau</u>. That on Mon, Nov 22 2021 AT 09:19 AM AT <u>524 WEST 42ND STREET SRG1, NEW YORK, NY 10036</u> deponent served the within summons and verified complaint and notice of commencement by electronic filing on <u>NYPD OFFICER ZABALA</u>

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to <u>Lieutenant Lam</u> a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, <u>524 WEST 42ND STREET SRG1, NEW YORK, NY 10036</u>, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Mon, Nov 22 2021 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40　　Ethnicity: Asian American　　Gender: Male　　Weight: 180
Height: 5'6"　　Hair: Bald　　Eyes: Black　　Relationship: Co worker
Other

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 22nd day of November 2021

_____　　　　　　_____
Mitchell Raider　　　　　　　　　　　　　Notary Public
1450036

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

SUPREME OF THE STATE OF NEW YORK                                                                  COUNTY OF BRONX

GPS and Timestamp: 40.84394570059202, -73.90142006888442 1637332769450

| | |
|---|---|
| Plaintiff / Petitioner:<br>MARIE DELUCA ET AL<br>Defendant / Respondent:<br>THE CITY OF NEW YORK ET AL | **AFFIDAVIT OF SERVICE**<br>Index No:<br>811952/2021E |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Fri, Nov 19 2021 AT 09:40 AM AT 450 Cross Bronx Expy 48THPCT, Bronx, NY 10457 deponent served the within summons and verified complaint and notice of commencement by electronic filing on NYPD POLICE CHIEF KENNETH LEHR

☐ **Individual**: by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation/Entity**: _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person**: by delivering thereat, a true copy of each to Sergeant Sahdullah a person of suitable age and discretion.

☐ **Affixing to Door**: by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing**: Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 450 Cross Bronx Expy 48THPCT, Bronx, NY 10457, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Fri, Nov 19 2021 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☒ **Military Service**: I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40   Ethnicity: Middle Eastern   Gender: Male   Weight: 170
Height: 5'6"   Hair: Black   Eyes: Brown   Relationship: Co worker
Other

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 22nd day of November 2021

_____                              _____
Mitchell Raider                                       Notary Public
1450036

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

SUPREME OF THE STATE OF NEW YORK                                    COUNTY OF BRONX

GPS and Timestamp: 40.81013640545506, -73.92520952406036 1637336665797

| | |
|---|---|
| Plaintiff / Petitioner:<br>MARIE DELUCA ET AL<br>Defendant / Respondent:<br>THE CITY OF NEW YORK ET AL | **AFFIDAVIT OF SERVICE**<br>Index No:<br>811952/2021E |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Fri, Nov 19 2021 AT 10:44 AM AT 257 ALEXANDER AVE 40TH PCT, BRONX, NY 10454 deponent served the within summons and verified complaint and notice of commencement by electronic filing on NYPD OFFICER CRYSTAL WASHINGTON

☐ **Individual**: by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation/Entity**: _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person**: by delivering thereat, a true copy of each to Sergeant Otero a person of suitable age and discretion.

☐ **Affixing to Door**: by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing**: Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 257 ALEXANDER AVE 40TH PCT, BRONX, NY 10454, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Fri, Nov 19 2021 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☒ **Military Service**: I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 50      Ethnicity: Hispanic      Gender: Male      Weight: 180
Height: 5'8"      Hair: Bald      Eyes: Brown      Relationship: Co worker
Other

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 22nd day of November, 2021

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

FILED: BRONX COUNTY CLERK 11/22/2021 06:13 PM
NYSCEF DOC. NO. 3
Case 1:21-cv-10777-MKV-KHP   Document 1-2   Filed 12/16/21   Page 8 of 10
INDEX NO. 811952/2021E
RECEIVED NYSCEF: 11/22/2021

SUPREME OF THE STATE OF NEW YORK                                                                  COUNTY OF BRONX

GPS and Timestamp: 40.7137758, -74.01009138333333 1637252931173

| | |
|---|---|
| Plaintiff / Petitioner:<br>MARIE DELUCA ET AL<br>Defendant / Respondent:<br>THE CITY OF NEW YORK ET AL | **AFFIDAVIT OF SERVICE**<br>Index No:<br>811952/2021E |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Thu, Nov 18 2021 AT 11:28 AM AT 100 Church Street, NEW YORK, NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on THE CITY OF NEW YORK

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation/Entity:** THE CITY OF NEW YORK a defendant, therein named, by delivering a true copy of each to Ariton Marke personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Deputy unit chief thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on _____ by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40    Ethnicity: Caucasian    Gender: Male    Weight: 180
Height: 5'10"    Hair: Brown    Eyes: Brown    Relationship: Deputy unit chief
Other _____

Said documents were conformed with Index number and date of filing endorsed thereon.

Sworn to before me on this 22nd day of November, 2021

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

SUPREME OF THE STATE OF NEW YORK                                                       COUNTY OF BRONX

GPS and Timestamp: 40.7137758, -74.010091383333333 1637252868178

| | |
|---|---|
| Plaintiff / Petitioner:<br>MARIE DELUCA ET AL<br>Defendant / Respondent:<br>THE CITY OF NEW YORK ET AL | **AFFIDAVIT OF SERVICE**<br>Index No:<br>811952/2021E |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Thu, Nov 18 2021 AT 11:27 AM AT 100 Church Street, NEW YORK, NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on MAYOR BILL DE BLASIO

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation/Entity:** MAYOR BILL DE BLASIO a defendant, therein named, by delivering a true copy of each to Ariton Marke personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Deputy unit chief thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on _____ by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40        Ethnicity: Caucasian                Gender: Male                Weight: 180
Height: 5'10"  Hair: Brown                         Eyes: Brown                 Relationship: Deputy unit chief
Other _____

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 22nd day of November, 2021

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

SUPREME OF THE STATE OF NEW YORK                                                    COUNTY OF BRONX

GPS and Timestamp: 40.7137758, -74.010091383333333 1637252803180

| Plaintiff / Petitioner: | AFFIDAVIT OF SERVICE |
|---|---|
| MARIE DELUCA ET AL | Index No: |
| Defendant / Respondent: | 811952/2021E |
| THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Thu, Nov 18 2021 AT 11:26 AM AT 100 Church Street, NEW YORK, NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on NYPD COMMISSIONER DERMOT SHEA

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation/Entity:** NYPD COMMISSIONER DERMOT SHEA a defendant, therein named, by delivering a true copy of each to Ariton Marke personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Deputy unit chief thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on _____ by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40  Ethnicity: Caucasian  Gender: Male  Weight: 180
Height: 5'10"  Hair: Brown  Eyes: Brown  Relationship: Deputy unit chief
Other _____

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 22nd day of November, 2021

_____                          _____
Mitchell Raider                                Notary Public
1450036

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-202?

9 of 9