# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

------------------------------------------------------------------- x

MARIE DeLUCA, ADAM SHOOP, and DAVID FARROW,

Plaintiff,

- against -

THE CITY OF NEW YORK; NEW YORK CITY MAYOR BILL DE BLASIO; NEW YORK POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD ASSISTANT CHIEF KENNETH LEHR; NYPD LEGAL BUREAU SERGEANT KENNETH RICE; NYPD OFFICER CRYSTAL WASHINGTON; NYPD OFFICER JOSEPH DECK; NYPD OFFICER FIRST NAME UNKNOWN (FNU) ZABALA; and NYPD MEMBERS JOHN AND JANE DOES # 1-95,

Defendants.

------------------------------------------------------------------- X

**CONSENT TO REMOVAL**

Index No.: 811952/2021E

Law Dep't No. 2021-001551

**TERENCE MONAHAN**, hereby states

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest *in personam* jurisdiction or improper service of process.

Dated: New York, New York
December 13th, 2021

By: [signature]
**Terence Monahan**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

---------------------------------------------------------------------- x

MARIE DeLUCA, ADAM SHOOP, and DAVID FARROW,

Plaintiff,

- against -

THE CITY OF NEW YORK; NEW YORK CITY MAYOR BILL DE BLASIO; NEW YORK POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD ASSISTANT CHIEF KENNETH LEHR; NYPD LEGAL BUREAU SERGEANT KENNETH RICE; NYPD OFFICER CRYSTAL WASHINGTON; NYPD OFFICER JOSEPH DECK; NYPD OFFICER FIRST NAME UNKNOWN (FNU) ZABALA; and NYPD MEMBERS JOHN AND JANE DOES # 1-95,

Defendants.

---------------------------------------------------------------------- X

**CONSENT TO REMOVAL**

Index No.: 811952/2021E

Law Dep't No. 2021-001551

**ASSISTANT CHIEF KENNETH LEHR**, hereby states

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest *in personam* jurisdiction or improper service of process.

Dated: New York, New York
December 10, 2021

By: A.C. Kenneth Lehr
**Assistant Chief Kenneth Lehr**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

---------------------------------------------------------------------- x

MARIE DeLUCA, ADAM SHOOP, and DAVID FARROW,

Plaintiff,

- against -

THE CITY OF NEW YORK; NEW YORK CITY MAYOR BILL DE BLASIO; NEW YORK POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD ASSISTANT CHIEF KENNETH LEHR; NYPD LEGAL BUREAU SERGEANT KENNETH RICE; NYPD OFFICER CRYSTAL WASHINGTON; NYPD OFFICER JOSEPH DECK; NYPD OFFICER FIRST NAME UNKNOWN (FNU) ZABALA; and NYPD MEMBERS JOHN AND JANE DOES # 1-95,

Defendants.

---------------------------------------------------------------------- X

**CONSENT TO REMOVAL**

Index No.: 811952/2021E

Law Dep't No. 2021-001551

**SERGEANT KENNETH RICE**, hereby states

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest *in personam* jurisdiction or improper service of process.

Dated: New York, New York
December 10, 2021

By: [signature]
**Sergeant Kenneth Rice**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

---------------------------------------------------------------------- x

MARIE DeLUCA, ADAM SHOOP, and DAVID FARROW,

Plaintiff,

- against -

THE CITY OF NEW YORK; NEW YORK CITY MAYOR BILL DE BLASIO; NEW YORK POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD ASSISTANT CHIEF KENNETH LEHR; NYPD LEGAL BUREAU SERGEANT KENNETH RICE; NYPD OFFICER CRYSTAL WASHINGTON; NYPD OFFICER JOSEPH DECK; NYPD OFFICER FIRST NAME UNKNOWN (FNU) ZABALA; and NYPD MEMBERS JOHN AND JANE DOES # 1-95,

Defendants.

---------------------------------------------------------------------- X

**CONSENT TO REMOVAL**

Index No.: 811952/2021E

Law Dep't No. 2021-001551

**POLICE OFFICER CRYSTAL WASHINGTON**, hereby states

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest *in personam* jurisdiction or improper service of process.

Dated: New York, New York
December 13, 2021

By: [signature]
**Police Officer Crystal Washington**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------------- x

MARIE DeLUCA, ADAM SHOOP, and
DAVID FARROW,

Plaintiff,

- against -

THE CITY OF NEW YORK; NEW YORK CITY MAYOR BILL DE BLASIO; NEW YORK POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD ASSISTANT CHIEF KENNETH LEHR; NYPD LEGAL BUREAU SERGEANT KENNETH RICE; NYPD OFFICER CRYSTAL WASHINGTON; NYPD OFFICER JOSEPH DECK; NYPD OFFICER FIRST NAME UNKNOWN (FNU) ZABALA; and NYPD MEMBERS JOHN AND JANE DOES # 1-95,

Defendants.
---------------------------------------------------------------------- X

**CONSENT TO REMOVAL**

Index No.: 811952/2021E

Law Dep't No. 2021-001551

**POLICE OFFICER JOSEPH DECK**, hereby states

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest *in personam* jurisdiction or improper service of process.

Dated: New York, New York
December 13, 2021

By: ______________________________
**Police Officer Joseph Deck**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------------- x

MARIE DeLUCA, ADAM SHOOP, and DAVID FARROW,

Plaintiff,

- against -

THE CITY OF NEW YORK; NEW YORK CITY MAYOR BILL DE BLASIO; NEW YORK POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD ASSISTANT CHIEF KENNETH LEHR; NYPD LEGAL BUREAU SERGEANT KENNETH RICE; NYPD OFFICER CRYSTAL WASHINGTON; NYPD OFFICER JOSEPH DECK; NYPD OFFICER FIRST NAME UNKNOWN (FNU) ZABALA; and NYPD MEMBERS JOHN AND JANE DOES # 1-95,

Defendants.

---------------------------------------------------------------------- X

**CONSENT TO REMOVAL**

Index No.: 811952/2021E

Law Dep't No. 2021-001551

**POLICE OFFICER FRANZ ZABALA**, hereby states

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest *in personam* jurisdiction or improper service of process.

Dated: New York, New York
December 14, 2021

By: [signature]
**Police Officer Franz Zabala**