**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2022

March 23, 2022

**BY ECF**
Hon. Katharine H. Parker, United States Magistrate Judge
United States District Court - Southern District of New York
500 Pearl Street
New York, NY  10007

    Re:    *DeLuca, et al. v. City of New York, et al.*, 21 cv 10777 (AJN)(KHP)

Your Honor:

I write to make this joint request that the Court extend today's deadline by which the parties must make the filings this Court requires in advance of the March 30, 2022 initial pretrial conference by one day, until tomorrow.

The parties have now conferred consistent with Fed.R.Civ.P. 26(f), Your Honor's Individual Rules of Practice, and Your Honor's March 14, 2022 Order (Dkt. 18).

We are in the process of drafting and finalizing the required submissions.

There has been no prior application for such relief. If the Court grants the request, it will not impact any other deadlines.

Thank you for your attention to this matter.

**APPLICATION GRANTED**
*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
3/24/2022

Respectfully submitted,

/S/

Gideon Orion Oliver