USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARIA DELUCA, et al.,

                         Plaintiffs,                    21-CV-10777 (AJN) (KHP)

      -against-                                 **ORDER**

CITY OF NEW YORK, et al.,

                       Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed at the initial case management conference held on March 30, 2022, within thirty days Plaintiffs' counsel shall provide to Defendants draft proposed deposition questions and topics pertaining to the alleged *Monell* claim that is specific and unique to the Plaintiffs in this action and that do not overlap with *Monell* topics and questions that will be addressed in the cases pending before the Honorable Colleen McMahon that also involve arrests of demonstrators in June 2020 in the Mott Haven NYPD operation. The parties also shall confer and submit a proposed confidentiality order before the next case management conference.

      A case management conference is scheduled for **Thursday, April 28, 2022, at 11:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, NY. The Court will set a discovery schedule at that time. To the extent the parties reach agreement on a schedule based on their discussions over the next thirty days, they shall submit the proposed revised schedule in advance of the conference.

**SO ORDERED.**

DATED: New York, New York
March 30, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge