

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com\*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914\*

*\*Not for service*

June 24, 2022

**BY ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *DeLuca, et al. v. City of New York, et al.*, 21 cv 10777 (MKV)(KHP)

Your Honor:

I am co-counsel for Plaintiffs in this matter.

I write to request an adjournment of the June 30, 2022 conference in this matter.

Since the beginning of this week, opposing counsel Michael Viviano, Esq. and I have been on trial before Hon. Kimba M. Wood in *Mary Tardif v. City of New York*, 13-cv-4056(KMW). The trial is expected to last into next week.

Additionally, if the trial is complete, I have family plans to attend a wedding out of state on June 30th.

Defense counsel consents to this application.

Thank you for your attention to this matter.

                      Respectfully submitted,

                      /S/

                      Gideon Orion Oliver