# Gideon Orion Oliver
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

Office: (718) 783-3682
Signal: (646) 263-3495
Fax: (646) 349-2914*

*Not for service*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/24/2022

**MEMO ENDORSED**

June 24, 2022

**BY ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *DeLuca, et al. v. City of New York, et al.*, 21 cv 10777 (MKV)(KHP)

Your Honor:

I am co-counsel for Plaintiffs in this matter.

I write to request an adjournment of the June 30, 2022 conference in this matter.

Since the beginning of this week, opposing counsel Michael Viviano, Esq. and I have been on trial before Hon. Kimba M. Wood in *Mary Tardif v. City of New York*, 13-cv-4056(KMW). The trial is expected to last into next week.

Additionally, if the trial is complete, I have family plans to attend a wedding out of state on June 30th.

Defense counsel consents to this application.

Thank you for your attention to this matter.

Respectfully submitted,

/S/

Gideon Orion Oliver

---

**APPLICATION GRANTED:** The case management conference scheduled for Thursday, June 30, 2022 at 10:00 a,m, is hereby adjourned to Monday, August 15, 2022 at 10:30 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, NY 10007

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

06/24/2022