USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIA DELUCA, et al.,

                    Plaintiffs,

   -against-

CITY OF NEW YORK, et al.,

                    Defendants.
-----------------------------------------------------------------X

21-CV-10777 (MKV) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On August 15, 2022 the parties appeared for a Case Management Conference. After review of the pleadings and consultation with the parties, the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings, Parties, and Motions.** No further amendments to the pleadings or joinder of parties will be permitted without the Court's approval.

**Discovery.** The deadline to complete fact discovery is March 23, 2023. The deadline to complete expert discovery is May 22, 2023.

**Interim Discovery Deadlines.** Initial disclosures shall be produced no later than August 23, 2022. As discussed, the parties shall coordinate discovery to the extent possible with that in the case encaptioned *In re NY City Policing During Summer 2020 Demonstrations*, 20-cv-8924 (CM) (GWG).

**Discovery Disputes.** The parties shall follow the Court's Individual Procedures with respect to any discovery disputes. *See* https://nysd.uscourts.gov/hon-katharine-h-parker.

**Rule 1 and Rule 26(b)(1).** Counsel shall comply with Rule 1 and Rule 26(b)(1) in the conduct of discovery.

**Document Requests.** Counsel shall be fully familiar with their obligations under Rules 34 and 26(g) and consider and discuss ways to ensure compliance and minimize disputes regarding overbreadth and specificity of requests and responses. A failure to comply with this responsibility carries serious consequences. Requests for any and all documents on a broad topic are presumptively improper. Likewise, courts have held that an objection that does not appropriately explain its grounds is forfeited. *See, e.g.*, *Wesley Corp. v. Zoom T.V. Prods., LLC*, 2018 WL 372700, at *4 (E.D. Mich. Jan. 11, 2018); *Fischer v. Forrest*, 2017 WL 773694 (S.D.N.Y. Feb. 28, 2017) ("[A]ny discovery response that does not comply with Rule 34's requirement to state objections with specificity (and to clearly indicate whether responsive material is being withheld on the basis of objection) will be deemed a waiver of all objections (except as to privilege).").

**Status Letter**. The parties shall provide the Court with a joint status letter, submitted electronically, by September 30, 2022.

    **SO ORDERED.**

DATED:    New York, New York
             August 15, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge