```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIA DELUCA, et al.,

                                 Plaintiffs,

           -against-

CITY OF NEW YORK, et al.,

                                Defendants.
-----------------------------------------------------------------X

21-CV-10777 (MKV) (KHP)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

     A settlement conference in this matter is scheduled for **Wednesday, November 9, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Counsel for Defendants must also send the person with decision making authority to settle the matter to the conference or have that person available via telephone.  Each individual Plaintiff shall make a settlement demand to Defendants by **October 19, 2022.**

     The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **November 2, 2022 by 5:00 p.m.**

        SO ORDERED.

DATED:     New York, New York
               August 15, 2022

                                                        *Katharine H. Parker*
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge