

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

September 28, 2022

**BY ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: <u>*DeLuca, et al. v. City of New York, et al.*, 21 cv 10777 (MKV)(KHP)</u>

Your Honor:

    I am co-counsel for Plaintiffs in this matter. I write to provide the Court with the following joint status update on behalf of all parties, in compliance with the Court's August 15, 2022 order (ECF 42).

    Since August 15, 2022, the parties have exchanged initial disclosures, and Plaintiff has served interrogatories, document demands, and deposition notices seeking answers, documents, and testimony in October.

    Beyond that, the parties will comply with the Court's August 15, 2022 Order scheduling the November 9, 2022 settlement conference in this matter (ECF 43).

    The parties thank Your Honor for the Court's attention to these matters.

    Respectfully submitted,

    */s/ Gideon Orion Oliver*

    Gideon Orion Oliver