277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*\*Not for service*

October 17, 2022

**BY ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:     *DeLuca, et al. v. City of New York, et al.*, 21 cv 10777 (MKV)(KHP)

Your Honor:

I am co-counsel for Plaintiffs in this matter. A settlement conference is scheduled before Your Honor on November 9, 2022. All parties are looking forward to that conference, and the parties do not wish to adjourn the November 9, 2022 settlement conference. I now write jointly with Defendants to ask that the Court adjust the current October 19, 2022 deadline by which Plaintiffs' settlement demands, and the November 1, 2022 deadline by which Defendants' response thereto, are due, so that Plaintiffs' demand would be due on October 31, 2022, and Defendants' response would be due on November 4, 2022. The parties have never requested an adjustment of these deadlines. If the Court grants this application, the adjustments would not impact the November 2, 2022 deadline by which the parties must make their *ex parte* submissions in advance of the settlement conference.

The parties request this extension because Plaintiffs are currently considering an offer of judgment Defendants have recently made pursuant to Fed.R.Civ.P. Rule 68, and because the parties expect to exchange further discovery on October 28, 2022, which may impact Plaintiffs' demand if they do not accept the Rule 68 offer.

Therefore, the parties jointly ask that the Court extend the deadline by which Plaintiffs must make their settlement demands until October 31, 2022, and the deadline by which Defendants must respond until November 4, 2022. The parties thank Your Honor for the Court's attention to these matters.

Respectfully submitted,

Gideon Orion Oliver

Gideon Orion Oliver