

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
L**AW** D**EPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Michael Viviano**
*Senior Counsel*
Phone: (212) 356-2368
mviviano@law.nyc.gov

November 4 2022

**VIA ECF**
Honorable Katherine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 11202

Re: <u>DeLuca et al. v. City of New York., et al.</u>, 21-CV-10777 (MKV) (KHP)

Your Honor:

I am Senior Counsel in the office of Hon. Sylvia O. Hinds Radix, Corporation Counsel of the City of New York, representing Defendants in the above-referenced matter. Defendants write to respectfully request that the Court adjourn the conference currently scheduled for November 9, 2022 until a date thereafter convenient to the Court. The undersigned is currently scheduled for a medical procedure on November 7, 2022, and will be unfit for the conference scheduled two days later. Plaintiffs consent to this request for an adjournment.

Thank you for this consideration.

Respectfully submitted,

<u>*Michael Viviano*</u> /s/

Michael Viviano
Senior Counsel

cc: Via ECF
All counsel of record