UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
DELUCA ET AL.,

                                      **Plaintiff,**

                                      **NOTICE OF APPEARANCE**

                                      -against-

                                                      21 Civ. 10777 (AJN)(KHP)

                       **CITY OF NEW YORK ET AL.,**

                                        **Defendants.**
-------------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that **Omar J. Siddiqi**, Senior Counsel, hereby appears as counsel of record on behalf of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants, effective December 29, 2022.

Dated:  New York, New York
           December 29, 2022

                                             Hon. Sylvia O. Hinds-Radix
                                           Corporation Counsel of the City of New York
                                           *Attorney for Defendant s*
                                           100 Church Street
                                           New York, New York 10007
                                           (212)        356-2345

                                           By:        /s/
                                                  Omar J. Siddiqi
                                                  Senior Counsel
                                   Special Federal Litigation Division