**MEMO ENDORSED**



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2022
```

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**OMAR J. SIDDIQI**
Senior Counsel
E-mail: osiddiqi@law.nyc.gov
Phone: (212) 356-2345
Fax: (212) 788-9776

December 29, 2022

**BY ECF**
Honorable Katharine H. Parker
United States District Judge
Southern District of New York

Re:   <u>DeLuca, et al., v. City of New York et al.</u>, 21 Civ. 10777(AJN)(KHP)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the above-referenced matter. I write to respectfully request that the Court adjourn the settlement conference presently scheduled for January 5, 2023, to a date after January 23, 2023. I have conferred with plaintiff's counsel who consents to this request.

By way of background, I have today filed a notice of appearance in this matter and will be the attorney from the Office of Corporation Counsel handling this matter from this point forward. I have today returned from parental leave and will require additional time to become familiar with the file, confer with the previous ACC assigned, and have conversations with plaintiff's counsel regarding any previous settlement discussions. I have spoken to Mr. Oliver today and he has forwarded me some information regarding his view of the case. I would like to engage in the most meaningful settlement conference possible with the Court and Mr. Oliver, and to that end, now respectfully request that the Court adjourn the January 5th settlement conference date to one amenable to the Court and parties after January 23, 2023.

I thank the Court for its consideration of this matter.

Respectfully Submitted,

_____/s_____

Omar J. Siddiqi
Senior Counsel
Special Federal Litigation Division

cc:   Gideon Oliver, *Attorney for Plaintiffs* (By ECF)

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Thursday, January 5, 2023 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Monday, February 6, 2023 at 10:00 a.m. Parties must attend in-person with their counsel. Counsel for Defendants must also send the person with decision making authority to settle the matter to the conference or have that person available via telephone. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than Janaury 30, 2023 by 5:00 p.m.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

12/29/2022