```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/05/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

MARIA DELUCA, et al.,

                                 Plaintiffs,                21-CV-10777 (MKV) (KHP)

        -against-                                **ORDER CONVERTING**
                                                            **SETTLEMENT CONFERENCE TO**
CITY OF NEW YORK, et al.,                            **VIDEO**

                                 Defendants.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The settlement conference in this matter previously scheduled for **Monday, February 6, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby **converted to Microsoft Teams.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference.

        SO ORDERED.

DATED:    New York, New York
               February 5, 2023

                                                                 _____
                                                                  KATHARINE H. PARKER
                                                                  United States Magistrate Judge