UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MARIE DELUCA, ADAM SHOOP, and DAVID FARROW,

                                                Plaintiffs,

          -against-

THE CITY OF NEW YORK, et al.,

                                                Defendants.

------------------------------------------------------------------------x

**STIPULATION OF SETTLEMENT**

21CV10777 (MKV) (KHP)

        **WHEREAS,** plaintiffs commenced this action by filing a complaint on or about September 2, 2021, alleging that the defendants violated plaintiffs' federal civil and state common law rights; and

        **WHEREAS,** defendants City of New York, Mayor Bill de Blasio, New York City Police Department ("NYPD") Commissioner Dermot Shea, NYPD Chief of Department Terence Monahan, Assistant Chief Kenneth Lehr, Legal Bureau Sergeant Kenneth Rice, NYPD Officer Crystal Washington, NYPD Officer Joseph Deck, and NYPD Officer Franz Zabala have denied any and all liability arising out of plaintiffs' allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiffs have authorized their counsel to settle this matter on the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1.      The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or attorneys' fees except as specified in paragraph "2" below.

2.      Defendant City of New York hereby agrees to pay Plaintiff Marie DeLuca the sum of Thirty-Five Thousand ($35,000.00) Dollars; Plaintiff Adam Shoop the sum of Thirty-Five Thousand ($35,000.00) Dollars; Plaintiff David Farrow the sum of Sixty Thousand ($60,000.00) Dollars; and COHEN&GREEN P.L.L.C. as counsel for plaintiffs the sum of Forty-Five Thousand ($45,000.00) Dollars; in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees.  In consideration for the payment of these sums, plaintiffs agree to dismissal of all the claims against the defendants and to release defendants City of New York; Mayor Bill De Blasio; New York Police Department ("NYPD") Commissioner Dermot Shea; NYPD Chief of Department Terence Monahan; Assistant Chief Kenneth Lehr; Legal Bureau Sergeant Kenneth Rice; NYPD Officer Crystal Washington; Officer Joseph Deck; and Officer Franz Zabala; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of plaintiffs' civil rights and any and all related state law claims, from the beginning of the world to the date of the General Releases, including claims for costs, expenses, and attorneys' fees.

3.      Plaintiffs each shall execute and serve on the City of New York's attorney by legal tender (either by personal service certified mail at 100 Church Street, New York, New York 10007 or by e-mail to Omar Siddiqi, Esq.) all documents necessary to effect this settlement, including, without limitation, a General Release, based on the terms of paragraph "2" above, IRS Form W-9, and an Affidavit of Status of Liens.  Prior to tendering the requisite

documents to effect this settlement, Medicare-recipient plaintiffs must obtain and submit a final demand letter from their Medicare provider(s) for the reimbursement of any conditional payments made for the injuries claimed in this matter.  A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York.  This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. Plaintiffs agree to hold harmless defendants regarding any past and/or future Medicare claims, presently known or unknown, in connection with this matter.  If Medicare claims are not satisfied, defendants reserve the right to issue a multiparty settlement check naming the Medicare provider as a payee or to issue a check directly to the Medicare provider for the amount claimed in the Medicare provider's final demand letter.

7. This Stipulation of Settlement contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation of Settlement regarding the

subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
　　　　　May 5　　　, 2023

| | |
|---|---|
| COHEN&GREEN P.L.L.C.<br>*Attorneys for Plaintiffs*<br>1639 Centre Street, Suite 216<br>Ridgewood, NY 11385<br>929-888-9457 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>　　City of New York<br>*Attorney for Defendants City of New York;*<br>　*Mayor Bill De Blasio; New York Police*<br>　*Department ("NYPD") Commissioner*<br>　*Dermot Shea; NYPD Chief of*<br>　*Department Terence Monahan; Assistant*<br>　*Chief Kenneth Lehr; Legal Bureau*<br>　*Sergeant Kenneth Rice; NYPD Officer*<br>　*Crystal Washington; Officer Joseph*<br>　*Deck; and Officer Franz Zabala*<br>100 Church Street, 4th Floor<br>New York, New York 10007 |
| By: _____<br>　　　Elena Cohen | By: _____<br>　　　Omar Siddiqi<br>　　　*Senior Counsel* |

GIDEON ORION OLIVER
*Attorney for Plaintiffs*
277 Broadway, Suite 1501
New York, NY 10007
646-263-3495

By: _____
　　　Gideon Orion Oliver

4