USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MARIE DELUCA, ADAM SHOOP, and DAVID FARROW,

                                                        Plaintiffs,

-against-

THE CITY OF NEW YORK; NEW YORK MAYOR BILL
DE BLASIO; NEW YORK POLICE DEPART ("NYPD")
COMMISSIONER DERMOT SHEA; NYPD CHIEF OF
DEPARTMENT TERENCE MONAHAN; ASSISTANT
CHIEF KENNETH LEHR; LEGAL BUREAU SERGEANT
KENNETH RICE; NYPD OFFICER CRYSTAL
WASHINGTON; OFFICER JOSEPH DECK; OFFICER
FRANZ ZABALA and NYPD MEMBERS JOHN AND JANE
DOES #1-95,

                                                        Defendants.
------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

21CV10777 (MKV) (KHP)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. ~~Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.~~

Dated: New York, New York
\_\_\_\_\_May 5\_\_\_, 2023

| | |
|---|---|
| COHEN&GREEN P.L.L.C.<br>*Attorneys for Plaintiffs*<br>1639 Centre Street, Suite 216<br>Ridgewood, NY 11385<br>929-888-9457 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendants City of New York; Mayor Bill De Blasio; New York Police Department ("NYPD") Commissioner Dermot Shea; NYPD Chief of Department Terence Monahan; Assistant Chief Kenneth Lehr; Legal Bureau Sergeant Kenneth Rice; NYPD Officer Crystal Washington; Officer Joseph Deck; and Officer Franz Zabala*<br>100 Church Street, 4th Floor<br>New York, New York 10007 |
| By: \_\_\_*/s/ Elena Cohen/*_____<br>     Elena Cohen | By: _____<br>     Omar Siddiqi<br>     *Senior Counsel* |
| GIDEON ORION OLIVER<br>*Attorney for Plaintiffs*<br>277 Broadway, Suite 1501<br>New York, NY 10007<br>646-263-3495 | SO ORDERED:<br><br>*Mary Kay Vyskocil*<br>_____<br>HON. MARY K VYSKOCIL<br>UNITED STATES DISTRICT JUDGE |
| By: \_\_\_*/s/ Gideon Orion Oliver/*_____<br>     Gideon Orion Oliver | Dated: \_\_May 22,_____, 2023 |